**F I L E D**

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

JAN **3 0** 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN_____ DISTRICT OF TEXAS
### SAN ANTONIO_____ DIVISION

TX STATE ID #16944738
MICHAEL ADAM KOZITZKI BEXAR Co. ADULT DETENTION CENTER SID #576326
Plaintiff's Name and ID Number SS# 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

~~BEXAR COUNTY ADULT DETENTION CENTER~~ (BAU)
Place of Confinement

**SA23CA0138 JKP**

CASE NO._____
(Clerk will assign the number)

v. BOBBY LUMPKIN & ADMINISTRATION   UTMB    LUMPKIN ?
TEXAS DEPARTMENT OF CRIMINAL JUSTICE   HealthCare
TDCJ, Also INMATE TRUST FUND TDCJ HUNTSVILLE TEXAS.
Defendant's Name and Address
JAVIER SALAZAR SHERIFF of Also Jail ADMINISTRATER
BEXAR COUNTY ADULT DETENTION CENTER 200 N. Comal St. SAN ANTONIO TEXAS 78207
Defendant's Name and Address
JUDGE'S & PROSECUTORS BEXAR COUNTY CRIMINAL COURTS
JUSTICE CENTER "PAUL ELIZONDO TOWER 101 W. NUEVA SAN ANTONIO, TEXAS 78205
Defendant's Name and Address
( DO NOT USE "ET AL.")

*Michael A Kozitzki*

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.   To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

     A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

     B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1.  Approximate date of filing lawsuit: *(Dec 27, 2022)* *Bobby Lumpkin 7/16/21)(1/11/2023) TDCJ, JAVIER SALAZAR* *Bobby Lumpkin Dec TDCJ*

       2.  Parties to previous lawsuit: *Also BEXAR Co. Justice Center JUDGES &P.* *, Bexar Co. ADULT De. Prosecutors Detention Center*

          Plaintiff(s) *MICHAEL ADAM KOZITZKI PRO Se (ATTORNEY N/A)*

          Defendant(s) *Bobby Lumpkin TDCJ, Inmate Trust fund, JAVIER SALAZAR, BEXAR Co. Justice Center JUDGES TDCJ, Bexar County ADULT Detention Center, & Prosecutors*

       3.  Court: (If federal, name the district; if state, name the county.) *Federal Western District TEXAS*

       4.  Cause number: *?*    *SA-TX,*   *United States District Court Western District TEXAS ?*

       5.  Name of judge to whom case was assigned: *JUDGE JASON PULLIAM U.S. District JUDGE*

       6.  Disposition: (Was the case dismissed, appealed, still pending?) *STILL PENDING*

       7.  Approximate date of disposition: *?*

*Case: 5:23-CV- ? 00053*

2

Also Defendants involved

University Health Care systems also University The PAVILLION

①. University Health Care system's of Bexar County ADULT Detention Center
200 N. Comal st SAN Antonio, TEXAS 78207

② University The Pavillion 4647 Medical Dr San Antonio, TEXAS 78229
Changing Preesciption's, Altering Medical Records, Falsifing Medical
records and Information, Disclosing Medical Records to other inmate's
not only in Bexar County but in TDCJ without Consent, waiver,
Contract or Permission. Also in other Counties around TEXAS.
Only was suppose to take Tylnol for Head aches and was
never Perscibed any Mental Health medications while incarserated.
Also never been told I had any Mental illness problem's by
any Health Care system's. Never recieved any Social Security
Benifits in my life of any kind any where's. Putting medical
Technology in my body other than what they explained to me about
my hyernia surgery's, First one at Universaty the Pavillion, and
a second one at TEXAS Health Medical Science Center (Laser touch up
for smaller hyenias). X-Ray's of several Health Care systems
found Technology's not Related to hyernia surgerys. Example
a Radio Opec Implant on my streunum, Which I have hear
Death THREAT's to my Girlfriend and myself hundreds if not
thousands of time's. These terrorist are cyber Stalking me constitantly
24/7, 7 days a week through these Communication Technologys
that Can bee proven.
TEXAS HEALTH MEDICAL SCIENCE CENTER.
Putting technology in me without Consent, Contract,
Waiver, or Compensation to Commit Human RIGHTS
ABUSES.

II.    PLACE OF PRESENT CONFINEMENT: *BEXAR COUNTY ADULT DETENTION CENTER (Jail)*
*200 N. Comal street San Antonio, TEXAS 78207*

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
*ITS All DONE THROUGH the KIOSK.*

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: ① *MICHAEL ADAM KOZITZKI BexarCo SID# 576326 CL4-Bunk8*

*ADRESSES* ① *BEXAR County ADULT DETENTION CENTER 200 N. Comal street SAN ANTONIO TEXAS 78207*
①,② ② *MICHAEL ADAM KOZITZKI C/o Janie H. Alvarado 5940 Danny Kaye dr Apt#106*
*Mailing Address:*                    *San Antonio, TEXAS 78240*

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

*Bobby LumpKIN Director (TDCJ) Also InMate Trust Fund*        *UTMB Health*

Defendant #1: *TEXAS Department of Criminal Justice Huntsville TEXAS*    *Care*

*Identity THEFT* ① *East TEXAS TREATMENT Unit* ② *Dominguez Unit* ③ *GLEN GOODMAN UNIT*
*TERRORISIM* *Henderson, TX*    *SAN Antonio TX.*    *Release without*
*Fraud & Defraud* Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. *consent Medical*
*Forgery* *Constitutional LAW violations, Human Rights, Civil Rights, Bill of Rights Violations* *Records*
*Slander Defamation* *Exploytion, THEFT, Attempted Murder & Assualt. Counterfieting of Legal Documents & ID's*

Defendant #2: *JAVIER SALAZAR SHERIFF & ADMINISTRATION of BEXAR County ADULT*

*Identity THEFT* *DETENTION center 200 N. Comal st, SAN ANTONIO, TEXAS 78207*
*TERRORISIM*
*Slander of Family* Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*Name* *Violations*
*Defamation* *Constitutional LAW, Human Rights, Civil Rights, Bill of Rights violations, Counterfieting of*
*Medical Records* *Exploytion, THEFT, Attempted Murder & Assualt, Exploytion, fraud & forgery* *Legal Documents.*
*Alteration*                            *& ID's.*

Defendant #3: *JUDGE's & Prosecutor's BEXAR County Criminal Courts - Justice Center*

*PAUL ELIZONDO TOWER 101 W. NUEVA SAN ANTONIO, TEXAS 78205*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*Constitutional LAW Violations, Bill of Rights, Fraud & Forgery, Altering & Counterfieting of*
*Altering Medical Information & Records Identity THEFT* *Legal Documents.*
*Slander of Family Name, Defamation, THEFT, Giving Medical Records to others.*

Defendant #4: *Universaty Health Care System's & Universaty the Pavillion & DR MDs*
*#: 4647 Medical DR SA, TX 78229 DR DAVID D. Vaughn MD & Renee B. LOPEZ MD,*
*Attempted* *DR.*
*Committing* Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*Geocyde on* *Changing Prescriptions and Changing Medications, Putting Technological Devices*
*My family* *in my Body without Consent, Waiver, Contract to Commit Human RIGHTS ABUSE.*

Defendant #5: *TEXAS HEALTH Medical Science center & DRs also MDs*
→ *8300 Floyd Curl Dr, SA, TX 78229*        *Medical STAFF,*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*Putting Technologys and Devices in my Body without Consent for Use of*
*Human Rights Abuse.*

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Constitutional LAW Violations, Civil LAW violations, Bill of RIGHTS violations, Human Rights violations, Alteration of Medical Records, Giving other Inmates Plaintiffs Legal Documents, Information, Parole records, Work History's, Identity THEFT, Medical Records, Mailing Address, Cyber Bulling through Social Media (Facebook, U-Tube etc.), Altering Face Book page's of Plaintiff and of Family Member's, Cyber STALKING, TERRORISIM, BIO-HACKING, Human Experimentation while Detained and while Free, Medical TERRORISIM, THEFT, Defamation, Fraud & Forgery of Plaintiff. Non-Magistration, mean's Held without Bond or Charge, Slander, Exploytion, Attempted Murder of Plaintiff Through Slow Poisoning & Radiation's, Chemicals, Light Technology s.

VI.   RELIEF: Black Mail, TERRORISTIC THREATS of Death Through Communication Technology's.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Knowlege ment of all Government Post May have Diplomatic Imunity Both side's of FAMILY. Recovery of Lost wage's, Monitary Damages Lost Jobs, Pain & Suffering, Losses due to Theft of Money, Asset's, Property's, Defamation, Fraud & Forgery, Government Benifits Medical Damages, Future Medical Bills, Criminal Charges to those involved

VII.  GENERAL BACKGROUND INFORMATION: Real Name and AKAs Cleared of All Records

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Real Name MICHAEL ADAM KOZITZKI AKA John & Johnathan Edward KOZITZKI
Real Date of Birth 03/13/1965  AKA Date of Birth 01/22/1964

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. TDCJ CID #02304453 May be one more TDCJ CID Number
Bexar County ADULT Detention Center # SID576326 TDCJSID #05440350 Prior TDCJCID #02168659

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✔NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A

2. Case number: N/A

3. Approximate date sanctions were imposed: N/A

4. Have the sanctions been lifted or otherwise satisfied? N/A ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____N/A_____

2. Case number: _____N/A_____

3. Approximate date warning was issued: _____N/A_____

Executed on: 01/26/2023
DATE

MICHAEL ADAM KOZITZKI

_Michael A Kozitzki_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____26th_____ day of _January_____, 20 23.
(Day)                              (month)                    (year)

MICHAEL ADAM KOZITZKI

_Michael A Kozitzki_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Cause NO. *CH103143* ? *Which one* and or *CR11431* .

*GI: 782940?*

THE STATE OF TEXAS                              IN THE DISTRICT COURT

v.                                              *175*th JUDICIAL DISTRICT

*MICHAEL ADAM KOZITZKI*                         BEXAR COUNTY, TEXAS
*TX STATE ID# 16944738*                         *JN:2089657*
                                                *JN:2089657-1* ?

---

### PETITION FOR WRIT OF HABEAS CORPUS

### EXTRADITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, *MICHAEL ADAM KOZITZKI*     Petitioner, who upon his oath states that he is being unlawfully restrained of his liberty by
*JAVIER SALAZAR*            , Sheriff of Bexar County, at the Bexar County Adult Detention Center, San Antonio, Texas.

Petitioner is restrained of his liberty by virtue of a warrant, number _____ *?*_____, from the State of ___*TEXAS*_____, and issued in and by the county of *Haven't seen* *Warrent- Not Magistrated* ___*BEXAR*_____, charging him with the criminal offense of *by a Magistrate* *Assualt - Family - 2nd OFFENCE 22.01 ? Hear SAY* *JUDGE* *Only Magistrate JUDGE Can issue Bond*

Petitioner would respectfully show the Court that such restraint of his liberty is illegal for the following reasons: *No - BonD.*

7.  He has been restrained of his liberty, under color and authority of the heretofore described warrant, continuously since the *13*th day of *September*            , *2022* *without being brought before a judge or magistrate with all practicable speed, in violation of Section 14, Uniform Criminal Extradition Act, Article 51.13, Texas Code of Criminal Procedure.

8.  He has been restrained of his liberty since the *13*th day of *what warrent.* *September*            , *2022* *without lawful commitment by warrant of a judge or magistrate, in violation of Section 15, Uniform Criminal Extradition Act, Article 51.13, Texas Code of Criminal Procedure.

9.  He has been restrained of his liberty for a period of time in excess of thirty (30) days without arrest under a warrant of the Governor of the State of Texas on a requisition of the Execution Authority of the State of ___*TEXAS*_____ in violation of *San Antonio, TX* *Bexar County*

Section 15, Uniform Criminal Extradition Act, Article 51.13, Texas Code of Criminal Procedure.

10. He is committed and restrained of his liberty without bail, despite the fact that the offense with which he is charged in and by the State of _____ TEXAS _____ is not punishable by either death or life imprisonment, in violation of Section 16, Uniform Criminal Extradition Act, Article 51.13, Texas Code of Criminal Procedure.

11. He has been restrained of his liberty for a period of time in excess of thirty (30) days without recommitment by a judge or magistrate, in violation of Section 17, Uniform Extradition Act, Article 51.13, Texas Code of Criminal Procedure.

12. He has been restrained of his liberty for a period of time in excess of ninety (90) days without being arrested under a warrant of the Governor of the State of Texas on a requisition of the Executive Authority of the State of _____ TEXAS _____ , in violation of Section 17, Uniform Extradition Act, Article 51.13, Texas Code of Criminal Procedure.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Honorable Court grant and issue Writ of Habeas Corpus to __ JAVIER SALAZAR __ , Sheriff of Bexar County, Texas directing and commanding him to produce and have Petitioner before this Honorable Court, instanter, then and there to show cause, if any, he may have why Petitioner should not be discharged from such illegal restraint of his liberty.

Respectfully submitted,

_Michael A Kozitzki_

_____N/A_____
Attorney for Petitioner

MICHAEL ADAM KOZITZKI
Bexar County ADULT Detention Center
Petitioner    SID# 576326

CERTIFICATE OF SERVICE

I, hereby certify that on this the _____ day of _____, _____, a true and correct copy of the above and foregoing Defendant's Writ of Habeas Corpus for Extradition was transmitted to office of the _____ County District Attorney,

_____, _____,

_____, _____

_Michael A Kozitzki_

MICHAEL ADAM KOZITZKI
Petitioner

## UNSWORN DECLARATION BY INMATE

I, _MICHAEL ADAM KOZITZKI_ , SID _576326_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _26_ day of _January_ ,_2023_

_Michael A Hostt_ .

_MICHAEL ADAM KOZITZKI_

Defendant

# ACKNOWLEDGEMENT

STATE OF TEXAS          *     *     *     *     *

COUNTY OF BEXAR     *     *     *     *     *

On this the _26_ day of _January_____, _2023_ , personally appeared
_____, Petitioner in the above and foregoing Petition for
Writ of Habeas Corpus Extradition, who deposed himself and stated that all the information
contained in said Petition is true and correct.

Sworn to and signed on this the _____ day of _____, _____.


_____

Notary Public