UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL ADAM KOZITZKI, #576326, <br><br>Plaintiff, <br><br>v. <br><br>BOBBY LUMPKIN, Director, TDCJ-CID; TDCJ ADMINISTRATION; ET AL., <br><br>Defendants. | § § § § § § § § § § § § SA-23-CV-00138-JKP |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Michael Adam Kozitzki's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Kozitzki's Section 1983 claims against Defendants, TDCJ Director Bobby Lumpkin, TDCJ Administration, UTMB Healthcare, Inmate Trust Fund TDCJ Huntsville Texas, Bexar County Sheriff Javier Salazar, Judges and Prosecutors of Bexar County Criminal Courts, Bexar County Jail Administrator, University Health Care Systems, Dr. David D. "Vaghn", Dr. Renee B. Lopez and Texas Health Medical Science Center Doctors & Staff, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 25th day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE